# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 15-1812
_____

Iron Workers Mid-South Pension Fund, derivatively on behalf of U.S. Bancorp

Plaintiff - Appellant

v.

Richard K. Davis; Andrew Cecere; Patrick T. Stokes; O'Dell M. Owens; Jerry W. Levin; Victoria Buyniski Gluckman; David B. O'Maley; Arthur D. Collins, Jr.; Joel W. Johnson; Craig D. Schnuck; Olivia F. Kirtley; Douglas M. Baker, Jr.; Y. Marc Belton; Richard D. Reiten; Terrance R. Dolan; Richard J. Hidy; Diane L. Thormodsgard; Bryan R. Calder; Does 1-10; U.S. Bancorp, a Delaware Corporation

Defendants - Appellees
_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:13-cv-00289-JRT)
_____

**JUDGMENT**

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

June 10, 2015

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans