# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 15-1812

Iron Workers Mid-South Pension Fund, On behalf of U.S. Bancorp

Appellant

v.

Richard K. Davis, et al.

Appellees

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:13-cv-00289-JRT)
_____

**MANDATE**

In accordance with the judgment of 06/10/2015, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

June 10, 2015

Clerk, U.S. Court of Appeals, Eighth Circuit